UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Michael K. Brace, et al.</u>

     v.                                 Civil No. 10-cv-290-LM

<u>Rite Aid Corporation, et al.</u>

## **J U D G M E N T**

In accordance with the following, judgment is hereby entered:  Orders dated February 14, and June 8, 2011 by United States Magistrate Judge Landya B. McCafferty, and the Stipulation for Voluntary Non-Suit with Prejudice filed February 14, 2011.

                                                    By the Court,

                                                 <u>/s/ James R. Starr</u>
                                                 James R. Starr, Clerk

June 9, 2011

cc:    Richard E. Fradette, Esq.
        Andrew Ranks, Esq.
        Mark Shaughnessy, Esq.